UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ULTIMATE FITNESS CENTER, LLC, a California limited liability company,<br><br>                        Plaintiff,<br><br>v.<br><br>RAYMOND A. WILSON, an individual; ROBERT YENOR, SR., an individual; ROBERT YENOR, JR., an individual; ROBERT W. YENOR CPA A PROFESSIONAL CORPORATION, a California corporation dba YENOR & ASSOCIATIONS; and DOES 1-25,<br><br>                       Defendants. | Case No.: 16-CV-418 JLS (JMA)<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS CASE**<br><br>(ECF No. 36) |

     Presently before the Court is the parties' Joint Motion to Dismiss. (ECF No. 36.) The parties have resolved their respective disputed claims through a confidential settlement and now seek dismissal of this action. (*Id.* at 2.) Good cause appearing, the Court **GRANTS** the parties' Joint Motion. As stipulated by the parties, the Court **ORDERS** that:

1. This action is **DISMISSED WITH PREJUDICE**;
2. This dismissal is expressly conditioned on the terms and conditions of the confidential settlement agreement entered into by and between Plaintiff and Defendants;

3. The Court retains jurisdiction of this matter for the purposes of taking any action needed to enforce the terms of the confidential settlement agreement; and
4. Each party is to bear its own costs and attorneys' fees on the terms and conditions of the confidential settlement agreement.

This Order ends the litigation in this matter. The Clerk of Court **SHALL** close the file.

**IT IS SO ORDERED.**

Dated:  April 20, 2017

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge